IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. HIMCHAK, III, : | | |
|    Petitioner : | No. 1:17-cv-01870 | |
| : | | |
| v. : | (Judge Kane) | |
| : | (Magistrate Judge Mehalchick) | |
| COMMONWEALTH OF PA, et al., : | | |
|    Respondents : | | |

# ORDER

Before the Court is the December 2, 2019 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 47), recommending that the Court grant Petitioner's motion to reinstate the above-captioned action (Doc. No. 26) and deem the remainder of his pending motions (Doc. Nos. 28, 39, 41, 42) withdrawn without prejudice to Petitioner's right to refile the motions at a later time in accordance with the local rules. No timely objections to the Report and Recommendation have been filed.

**ACCORDINGLY**, on this 23rd day of December 2019, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 47);

2. Petitioner's motion to reinstate the action (Doc. No. 26) is **GRANTED**;

3. Petitioner's remaining motions (Doc. Nos. 28, 39, 41, 42) are **DEEMED WITHDRAWN**;

4. The Clerk of Court is directed to **REOPEN** the above-captioned action; and

5. The above-captioned action is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania