# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. HIMCHAK III,<br><br>        Petitioner,<br><br>v.<br><br>COMMONWEALTH OF PA, et al.,<br><br>        Respondents. | CIVIL ACTION NO. 1:17-CV-01870<br><br>(KANE, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 10th day of March, 2020, in accordance with the Memorandum filed concurrently herewith, and having determined that Petitioner's Petition (Doc. 5) fails to abide by the Rules of Civil Procedure, Petitioner is hereby granted leave to file an amended petition within **14 days of the date of this Order, or on or before March 24, 2020.**

                                                **BY THE COURT:**

**Dated: March 10, 2020**                             *s/ Karoline Mehalchick*

                                                **KAROLINE MEHALCHICK**
                                                **United States Magistrate Judge**